1 DANIEL J. BRODERICK, #89424
  Federal Defender
2 LINDA C. HARTER, CA Bar #179741
  Chief Assistant Federal Defender
3 Designated Counsel for Service
  DAVID J. GALLEGOS
4 Certified Student Attorney
  801 I Street, 3rd Floor
5 Sacramento, California 95814
  Telephone: (916) 498-5700
6

7
  Attorney for Defendant
8 ANDROMAQUE ETIENNE

9

10
                   IN THE UNITED STATES DISTRICT COURT
11
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14
  UNITED STATES OF AMERICA,    ) No. 2:12-MJ-0008-CKD
15                             )
              Plaintiff,       )
16                             ) STIPULATION TO CONTINUE AND
       v.                      ) EXCLUDE TIME
17                             )
  ANDROMAQUE ETIENNE,          )
18                             ) Date:  April 9, 2012
              Defendant.       ) Time:  9:00 a.m.
19                             ) Judge: Hon. Carolyn K. Delaney
  _____ )
20

21

22      IT IS HEREBY STIPULATED between the parties through their

23 respective counsel, David Petersen, Special Assistant United States

24 Attorney, and Linda C. Harter, Chief Assistant Federal Defender,

25 attorney for ANDROMAQUE ETIENNE, and Certified Student Attorney, David

26 J. Gallegos, that the Court vacate the court trial for March 16, 2012

27 at 9:00 a.m. and set the court trial for April 9, 2012 at 9:00 a.m.

28      This continuance is requested because the parties are in the

process of investigation and need more time to prepare.  The parties further agree that the time should be excluded from the date of this [Proposed] Order until the court trial which is set for April 9, 2012, pursuant to 18 U.S.C. Section § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare).  The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. Section § 3161(h)(7)(A).

Dated:  March 12, 2012                  Respectfully submitted,

                                                      DANIEL J. BRODERICK
                                                     Federal Defender

                                                     /s/ Linda C. Harter
                                                     LINDA C. HARTER
                                                     Chief Assistant Federal Defender
                                                   Attorney for Defendant
                                                   ANDROMAQUE ETIENNE

                                                   /s/ David J. Gallegos
                                                   DAVID J. GALLEGOS
                                                   Certified Student Attorney

Dated:  March 12, 2012                  BENJAMIN B. WAGNER
                                                   United States Attorney

                                                   /s/ David Petersen
                                                   DAVID PETERSEN
                                                   Special Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated: 3/12/12                          /s/Carolyn K. Delaney
                                                   CAROLYN K. DELANEY
                                                   United States Magistrate Judge