DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
DAVID J. GALLEGOS
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ANDROMAQUE ETIENNE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:12-MJ-0008-CKD |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| ANDROMAQUE ETIENNE, ) | Date: April 26, 2012 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Judge: Hon. Carolyn K. Delaney |
| ) | |
| _____ ) | |

For good cause appearing, pursuant to Fed.R.Crim.P. 43(b)(2) the defendant, ANDROMAQUE ETIENNE, will be permitted to waive her personal appearance at her change of plea on April 26, 2012 at 9:00 a.m. before this Court and shall appear telephonically.

IT IS SO ORDERED.

Dated: April 24, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE