1 | DANIEL J. BRODERICK, #89424
Federal Defender
2 | LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
3 | Designated Counsel for Service
801 I Street, 3rd Floor
4 | Sacramento, California 95814
Telephone: (916) 498-5700
5 |
Attorney for Defendant
6 | ANDROMAQUE ETIENNE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-MJ-0008-CKD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE CONTROL DATE |
| ANDROMAQUE ETIENNE, | |
| Defendant. | Date: January 10, 2013<br>Time: 9:30 a.m.<br>Judge: Hon. Carolyn K. Delaney |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Barbara Borkowski, Special Assistant United States Attorney, and Linda C. Harter, Chief Assistant Federal Defender, attorney for ANDROMAQUE ETIENNE, that the Court vacate the control date set for October 25, 2012 at 9:30 a.m. and reset the control date for January 10, 2013 at 9:30 a.m.

This continuance is requested to allow the defendant additional time to complete her community service hours and to complete the necessary steps to get her license.

/ / /

| | | |
|---|---|---|
| 1 | Dated: October 19, 2012 | Respectfully submitted, |
| 2 | | DANIEL J. BRODERICK<br>Federal Defender |
| 3 | | |
| 4 | | /s/ Linda C. Harter<br>LINDA C. HARTER |
| 5 | | Chief Assistant Federal Defender<br>Attorney for Defendant |
| 6 | | ANDROMAQUE ETIENNE |
| 7 | Dated: October 19, 2012 | BENJAMIN B. WAGNER<br>United States Attorney |
| 8 | | |
| 9 | | /s/ Barbara Borkowski<br>BARBARA BORKOWSKI |
| 10 | | Special Assistant U.S. Attorney |

**ORDER**

IT IS SO ORDERED.

Dated: 10/23/2012        /s/Carolyn K. Delaney
                         CAROLYN K. DELANEY
                         United States Magistrate Judge