1 | BENJAMIN B. WAGNER
  | United States Attorney
2 | CHRIS CHANG
  | Special Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
  | Sacramento, California 95814
4 | Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-MJ-0008-CKD |
| Plaintiff, | ORDER EXTENDING DEFENDANT'S TERM OF COURT PROBATION |
| v. | |
| ANDROMAQUE ETIENNE, | DATE: January 24, 2012 |
| | TIME: 9:30 a.m. |
| Defendant. | JUDGE: Carolyn K. Delaney |

It is hereby ordered that Defendant's term of court probation, scheduled to terminate on April 25, 2013, be extended for a period of six months until November 25, 2013. It is further ordered that the control date set for January 24, 2013 be vacated and reset to July 11, 2013 at 9:30 a.m.

IT IS SO ORDERED.

Dated: January 23, 2013

/s/Carolyn K. Delaney
HON. CAROLYN K. DELANEY
United States Magistrate Judge