1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  LINDA C. HARTER, Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   ANDROMAQUE ETIENNE
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )  Mag. No. 12-0008-CKD
                                  )
12              Plaintiff,        )
                                  )  STIPULATION AND ORDER
13      v.                        )  VACATING CONTROL DATE AND
                                  )  DROPPING MATTER FROM CALENDAR
14 ANDROMAQUE ETIENNE,            )
                                  )
15              Defendant.        )
                                  )  Judge: Carolyn K. Delaney
16 _____)

17

18     IT IS HEREBY STIPULATED between the parties through their

19 respective counsel, BARBARA BORKOWSKI, Special Assistant United States

20 Attorney, and LINDA C. HARTER, Chief Assistant Federal Defender,

21 attorney for ANDROMAQUE ETIENNE, that the Court vacate the Control Date

22 set for August 22, 2013 and drop the matter from calendar without

23 setting future dates.  Ms. Etienne was sentenced to pay a $10 special

24 assessment, complete community service, and obtain a valid license.

25 She has completed the community service and paid the special assessment

26 but has been unable to obtain a valid license in Michigan, where she

27 now lives.  She owes fines in Arizona, the state where her license was

28 originally suspended, and has been unable to pay those fines and get a

new license in Michigan.  Because Ms. Etienne's failure to comply with the order is not willful, and this California federal court has no further financial interest in her, the parties respectfully request that the Court drop the matter from calendar and vacate Ms. Etienne's control date without setting any further dates in this matter.

Dated: August 21, 2013

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ Linda C. Harter
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
ANDROMAQUE ETIENNE

Dated: August 21, 2013

BENJAMIN B. WAGNER
United States Attorney

/s/ Linda C. Harter for
BARBARA BORKOWSKI
Special Assistant
United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: August 22, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Stipulation and Order          -2-